IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIUS ROBERTS, Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

**v.**     Case No. 4:19-cv-00812-KGB

**RREAF HOLDINGS, LLC, and**     **DEFENDANTS**
**PLACE 10 RESIDENTIAL PM, LLC**

## ORDER

Before the Court is Demarius Roberts, individually an on behalf of all others similarly situated, RREAF Holdings LLC, and Place 10 Residential PM, LLC's joint motion to stay all deadlines (Dkt. No. 28). The case is currently scheduled for a bench trial sometime during the week of February 16, 2021 (Dkt. No. 23). The parties state that they have reached an agreement to resolve the pending claims on terms that are fair, reasonable, and adequate, and the parties represent that the settlement will resolve all disputes and claims presented in this litigation (Dkt. No. 28, ¶ 2). The parties estimate that they will present the Court with a final motion seeking approval of the parties' resolution and dismissal of claims within the next 75 to 90 days (*Id.*, ¶ 3). The parties state that in order to avoid potentially unnecessary costs, the parties wish to stay all pretrial deadlines and continue the present trial setting pending final dismissal of the parties' claims (*Id.*, ¶ 4). The parties state that this motion is filed in good faith and not made for purposes of unreasonable delay (*Id.*).

For good cause shown, the Court grants the parties' joint motion to stay (Dkt. No. 28). This case is removed from the trial docket for the week of February 16, 2021, and the trial date, as well as pretrial deadlines will, if necessary, be reset in an amended scheduling order. The parties

are directed to file a status update 90 days from the date of this Order if the Court has not entered an Order of final dismissal on or before that date.

    It is so ordered, this the 20th day of October, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge