IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIUS ROBERTS, Individually and on Behalf of All Others Similarly Situated**                               **PLAINTIFF**

vs.                              No. 4:19-cv-812-KGB

**RREAF HOLDINGS, LLC, and**                                                                              **DEFENDANTS**
**PLACE 10 RESIDENTIAL PM, LLC**

### JOINT STIPULATION OF DISMISSAL OF SEPARATE DEFENDANT RREAF HOLDINGS, LLC, WITHOUT PREJUDICE

COME NOW Plaintiff Demarius Roberts, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and Defendants RREAF Holdings, LLC, and Place 10 Residential PM, LLC, a Delaware limited liability company ("Defendants"), by and through their attorney Ashley Hudson of Kutak Rock LLP and for their Joint Stipulation of Dismissal of Separate Defendant RREAF Holdings, LLC, without Prejudice ("Motion"), they do hereby state and allege as follows:

1. On February 13, 2020, Plaintiff filed his Original Complaint—Collective Action against Defendants RREAF Holdings, LLC, and Place 10 Residential PM, LLC.

2. Under Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff should be entitled to non-suit his claims against Separate Defendant RREAF Holdings, LLC.

3. It is the desire of Plaintiff to voluntarily dismiss his claims currently pending in this case against Separate Defendant RREAF Holdings, LLC.

Page 1 of 3
Demarius Roberts, et al. v. RREAF Holdings, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-812-KGB
Joint Stipulation of Dismissal of Separate Defendant RREAF Holdings, LLC, Without Prejudice

4. Plaintiff hereby requests that the Court dismiss his claims against Separate Defendant RREAF Holdings, LLC, without prejudice.

5. This Joint Stipulation of Dismissal applies as to Separate Defendant RREAF Holdings, LLC only. Plaintiff's claims against Defendant Place 10 Residential PM, LLC, remain pending before this Court.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court dismiss his claims against Separate Defendant RREAF Holdings, LLC, without prejudice; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**DEMARIUS ROBERTS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **RREAF HOLDINGS, LLC, and PLACE 10 RESIDENTIAL PM, LLC, DEFENDANTS**

*/s/ Ashley W. Hudson (w/permission)*
Ashley W. Hudson (AR Bar No. 2007136)

Page 2 of 3
**Demarius Roberts, et al. v. RREAF Holdings, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:19-cv-812-KGB**
**Joint Stipulation of Dismissal of Separate Defendant RREAF Holdings, LLC, Without Prejudice**

**KUTAK ROCK LLP**
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706
Phone: 501-975-3000
Fax: 501-975-3001
Ashley.Hudson@KutakRock.com

**Page 3 of 3**
**Demarius Roberts, et al. v. RREAF Holdings, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:19-cv-812-KGB**
**Joint Stipulation of Dismissal of Separate Defendant RREAF Holdings, LLC, Without Prejudice**