IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEMARIUS ROBERTS, individually and on
Behalf of all others similarly situated                                           PLAINTIFF

v.                          Case No. 4:19-cv-812-KGB

RREAF HOLDINGS, LLC, and
PLACE 10 RESIDENTIAL PM, LLC                                                  DEFENDANT

### STATUS UPDATE ON BEHALF OF DEFENDANT RREAF HOLDINGS, LLC

Defendant RREAF Holdings, LLC ("RREAF" or "Defendant"), by and through its attorneys, Kutak Rock LLP, for its Status Update states:

RREAF does not object to the joint stipulation by Mr. Roberts and Place 10. It is RREAF's understanding that Plaintiffs intend to dismiss RREAF as a defendant concurrent with this status update, and that Place 10 Residential PM, LLC will proceed as the sole defendant in this matter for purposes of conditional certification and all further purposes.

    Respectfully submitted,

    KUTAK ROCK LLP

    **RREAF HOLDINGS, LLC,**
    **DEFENDANT**

    KUTAK ROCK LLP
    124 W. Capitol, Ste. 2000
    Little Rock, AR 72201

    Ashley Hudson
    Ark. Bar No. 2007136
    Ashley.Hudson@KutakRock.com