IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIUS ROBERTS, Individually and on**      **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

v.      Case No. 4:19-cv-00812-KGB

**RREAF HOLDINGS, LLC, and**      **DEFENDANTS**
**PLACE 10 RESIDENTIAL PM, LLC**

## ORDER

Demarius Roberts, individually and on behalf of all others similarly situated, filed a first amended and substituted complaint—collective action naming RREAF Holdings, LLC ("RREAF"), and Place 10 Residential PM, LLC ("Place 10") as defendants (Dkt. No. 12).  Before the Court is RREAF's motion for leave to withdraw as counsel Bailey Knapp of the law firm of Kutak Rock LLP (Dkt. No. 33).  RREAF states that Ms. Knapp is leaving the law firm, and it seeks to have Ms. Knapp withdrawn as counsel of record for it in this case (*Id*., ¶ 1).  RREAF states that it will continue to be represented in this matter by other counsel of record from the law firm (*Id*., ¶ 2).  For good cause shown, the Court grants the motion to withdraw as counsel and relieves Ms. Knapp as counsel for RREAF in this matter (*Id*.).  The Clerk is directed to remove Ms. Knapp from the Court's ECF system as counsel of record in this case.

Also before the Court is the parties' joint stipulation of dismissal of separate defendant RREAF, without prejudice (Dkt. No. 34).  The parties state that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Mr. Roberts is entitled to non-suit his claims against separate defendant RREAF, and it is Mr. Roberts's desire to do so (*Id*., ¶¶ 2-3).  For good cause shown, the Court adopts the parties' joint stipulation of dismissal of defendant RREAF.  Mr. Roberts's amended and

substituted complaint is dismissed, without prejudice, as to defendant RREAF, and the Court denies as moot defendant RREAF's motion to dismiss (Dkt. No. 15).

It is so ordered, this the 18th day of October, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge